# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERICA GOODLEY,<br><br>　　　　Defendant. | 2:21-CR-313-APG-BNW<br><br>**Final Order of Forfeiture** |

　　　　The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 982(a)(7) based upon the plea of guilty by Erica Goodley to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Erica Goodley pled guilty. Criminal Information, ECF No. 6; Plea Agreement, ECF No. 9; Preliminary Order of Forfeiture, ECF No. 11; and Arraignment & Plea, ECF No. 13.

　　　　This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

　　　　This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 15, 2022, through February 13, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 16-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 17.

On February 8, 2022, the United States Attorney's Office served Aaron D. Ford, Nevada Attorney General, with copies of the Notice and the Preliminary Order of Forfeiture as to Erica Goodley, through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 17-1, p. 3-11, 16-18, 25.

On February 8, 2022, the United States Attorney's Office served Richard Whitley, Director of Nevada Department of Health and Human Services, with copies of the Notice and the Preliminary Order of Forfeiture as to Erica Goodley, through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 17-1, p. 3-11, 19-21, 25.

On February 8, 2022, the United States Attorney's Office served Suzanne Bierman, J.D., M.P.H., Administrator for Division of Health Care Financing and Policy, with copies of the Notice and the Preliminary Order of Forfeiture as to Erica Goodley, through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 17-1, p. 3-11, 22-25.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

    1. $499,440.70

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED April 20, 2022, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE